IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. DKC-20-0038 |
| **JARVIS COLEMAN-FULLER** | * | |

### DEFENDANT JARVIS COLEMAN-FULLER'S MOTION TO POSTPONE THE PRESENTLY SCHEDULED TRIAL DATE

Defendant Jarvis Coleman-Fuller, by and through his undersigned counsel, David Walsh-Little, respectfully moves, to postpone the presently scheduled trial date of October 31, 2022 and in support thereof states as follows:

1. This matter was originally charged by indictment on January 29, 2020. Three superseding indictments have been filed by the Government since the initial indictment. The most recent charging document was filed on December 2, 2020. ECF No. 146.

2. Ten different defendants have been charged at various times on this matter. Three defendants in this alleged drug conspiracy and related charges have not entered a plea of guilty as of the filing of this motion. They are Eric Johnson, Philander Spruill, and Jarvis Coleman-Fuller.

3. There is substantial discovery in this matter including wiretaps on multiple phones of the various defendants in this case. Undersigned counsel was appointed to represent Mr. Coleman-Fuller on August 10, 2022. ECF No. 452. Mr. Coleman-Fuller will have less than less than ninety days to develop a relationship with his counsel, review discovery, weigh the cost and benefit of accepting the government's offer, and prepare for trial if necessary. As such, he is requesting more time to prepare.

4.       It is undersigned counsel's understanding that the Government objects to this request and that Eric Johnson objects to postponing his trial date.  Undersigned counsel understands that because Mr. Ruter has not had an opportunity to speak with his client about this postponement request, Mr. Spruill's position on the request is not known at this time.

WHEREFORE, Mr. Jarvis Coleman-Fuller requests that this Court grant an Order postponing the trial date in this matter.

                                                Respectfully submitted

                                                              /s/
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to all parties via CM/ECF.

                                                              /s/
DAVID WALSH-LITTLE, #23586